IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JADARION DEVONTE JACKSON,

       Appellant,

v.                                           Case No.  5D17-1047

STATE OF FLORIDA,

       Appellee.
_____/

Opinion filed July 27, 2018

Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

James S. Purdy, Public Defender, and
David M. Dixon, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

As the State properly concedes, the record does not support the conclusion that the trial judge made an independent determination of competency before accepting Appellant's plea entered after his competency was ostensibly restored.  Accordingly, we reverse and remand for further proceedings.  *Bynum v. State*, 43 Fla. L. Weekly D1063 (Fla. 5th DCA May 11, 2018); *Rumph v. State*, 217 So. 3d 1092, 1094 (Fla. 5th DCA 2017).

REVERSED AND REMANDED.

COHEN, C.J., TORPY and EVANDER, JJ., concur.